UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| MARIAN LUCHECHKO,<br>            Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC;<br>            Defendant. | CASE NO. 1:08-cv-01626<br><br>Judge John F. Grady<br><br>**JURY TRIAL DEMANDED** |

**TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Trans Union, LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union, LLC, is a limited liability company organized under the laws of Delaware and is a wholly owned subsidiary of Trans Union Corp., a Delaware corporation.

No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IL Bar #6183900)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** has been filed electronically on the **16th day of April, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Keith J. Keogh, Esq. keith@keoghlaw.com | Alexander H. Burke, Esq. aburke@keoghlaw.com |

The undersigned further certifies that a true copy of the foregoing **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of April, 2008**, properly addressed as follows:

| | |
|---|---|
| None | |

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IL Bar #6183900)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Trans Union, LLC*