# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1626 | **DATE** | May 6, 2008 |
| **CASE TITLE** | Luchechko v. Trans Union | | |

**DOCKET ENTRY TEXT**

Settlement conference held in chambers. After an initial discussion with the court, the parties conferred together and reported that they are close to settlement. The court will await further word from the parties as to whether the case can be dismissed.

_____ [ For further details see text below.]

Docketing to mail notices.

:00

**STATEMENT**