## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| MARIAN LUCHECHKO,<br>    Plaintiff, | CASE NO. 1:08-cv-01626 |
| vs. | Judge John F. Grady |
| TRANS UNION, LLC;<br>    Defendant. | **JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

Plaintiff Marian Luchechko, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear their own costs and attorneysø fees.

Respectfully submitted,

Date: 7/31/2008

*s/ Keith J. Keogh (with consent)*
Keith J. Keogh, Esq.
Alexander H. Burke, Esq.
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, IL  60606
Telephone:  312-726-1092
Fax:  312-726-1093
E-Mail:  keith@keoghlaw.com
E-Mail:  aburke@keoghlaw.com

*Counsel for Marian Luchechko*

| | |
|---|---|
| Date: 8/4/2008 | *s/ Robert J. Schuckit* |
| | Robert J. Schuckit, Esq. (IL #6183900) |
| | Christopher T. Lane, Esq. (IL #21704-49) |
| | Schuckit & Associates, P.C. |
| | 30th Floor, Market Tower |
| | 10 W. Market Street, Suite 3000 |
| | Indianapolis, IN  46204 |
| | Telephone:  317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  rschuckit@schuckitlaw.com |
| | E-Mail:  clane@schuckitlaw.com |

*Counsel for Trans Union, LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** has been filed electronically on the **4th day of August, 2008**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Keith J. Keogh, Esq. | Alexander H. Burke, Esq. |
|---|---|
| keith@keoghlaw.com | aburke@keoghlaw.com |

The undersigned further certifies that a true copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **4th day of August, 2008**, properly addressed as follows:

| | |
|---|---|
| None | |

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IL #6183900)
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com

*Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| MARIAN LUCHECHKO,<br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC;<br>    Defendant. | CASE NO. 1:08-cv-01626<br><br>Judge John F. Grady<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Marian Luchechko, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Marian Luchechko against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Marian Luchechko and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____        _____
                                     JUDGE, United States District Court,
                                     Northern District of Illinois (Chicago)

DISTRIBUTION TO:

| | |
|---|---|
| Keith J. Keogh, Esq.<br>keith@keoghlaw.com | Alexander H. Burke, Esq.<br>aburke@keoghlaw.com |
| Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com | Christopher T. Lane, Esq.<br>clane@schuckitlaw.com |